1484-14

COA # 08-12-00295-CR  OFFENSE: 21.11

STYLE: Luke Stanton v. The State of Texas  COUNTY: Denton

COA DISPOSITION: AFFIRM  TRIAL COURT: 211th District Court

DATE: 10/10/14  Publish: NO  TC CASE #: F-2011-1913-C

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Luke Stanton v. The State of Texas  CCA #: _____

_____PRO SE_____ Petition  CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____
_____REFUSED_____  JUDGE: _____
DATE: 03/04/2015  SIGNED: _____  PC: _____
JUDGE: _____  PUBLISH: _____  DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____